Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Fidelity And Guaranty  v. United States

No. 15-5036

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Fidelity & Guaranty Insurance Underwriters, Inc.; United States Fidelity & Guaranty Co.

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for: _____
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant  [ ] Appellee  [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: Brendan J. Morrissey
Law firm: Wiley Rein LLP
Address: 1776 K Street, NW
City, State and ZIP: Washington, DC 20006
Telephone: 202-719-7000
Fax #: 202-719-7049
E-mail address: bmorrissey@wileyrein.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/3/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/19/2014                    s/ Brendan J. Morrissey
Date                          Signature of pro se or counsel

cc: _____

123

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 12/19/2014 by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| Brendan J. Morrissey | s/Brendan J. Morrissey |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Wiley Rein LLP

Address: 1776 K Street, NW

City, State, ZIP: Washington, DC 20006

Telephone Number: 202-719-7000

FAX Number: 202-719-7049

E-mail Address: bmorrissey@wileyrein.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.